IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EARLY GEORGE BILLUPS, JR., )
)
    Plaintiff, )
)
v. )   Case No. 2:08-cv-00922-JHH-RRA
)
PATRICIA BOWMAN, *et al.*, )
)
    Defendants. )

MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on March 25, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised that he may file specific written objections within fifteen days, he has not responded to the report.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

    **DONE** this the   4th   day of May, 2009.

                                              /s/ James H. Hancock
                                   SENIOR UNITED STATES DISTRICT JUDGE